JOHN B. BREYMANN and Others v; MORRIS & CUMMINGS DREDGING COMPANY.— Motion granted; the cause to hold its place on the calendar without service of new notice of trial. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MAMIE CONTI v. MAX COHEN, INC.— Motion granted so far as to extend plaintiff's time to serve and file amended complaint until ten days from service of order of this court affirming order of July 5, 1921. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ. [See ante, p. 990.]

HENRY GOLDSTEIN v. MAURICE HOLT.— Application denied, with ten dollars costs and stay vacated. Order signed. Present.— Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARK EPMAN and Others v. ARTHUR M. COX and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

PRODUCERS CHEMICAL CORPORATION v. FEDERAL EXPORT CORPORATION. — Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

KARL SCHWARTZ v. S. SOLOMON, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MEYER D. GOLDMAN v. THOMAS NORRIS and Others, Impleaded, etc.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELINOR SHAW v. PHILIP M. SHAW.— Motion granted and stay vacated. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COLLEGE OF THE CITY OF NEW YORK, Respondent, v. JOHN F. HYLAN and Others, Constituting the Board of Estimate and Apportionment of the City of New York, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PARK & POLLARD COMPANY v. THE INDUSTRIAL FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of JACOB APPELL, Deceased.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

R. ROGER MELBOURNE, Suing on Behalf of Himself and Other Members of the Hiram Union Lodge No. 3, I. U. O. M. F. S., Similarly Situated, v. BEN HUR GRAND LODGE and GRAND ENCAMPMENT OF AMERICA AND WEST INDIES, INC., and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.